UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MAGALI CINTRON,

                        Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------X

20-CV-5433 (AJN)(SN)

**ORDER OF SERVICE AND SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2020

**SARAH NETBURN, United States Magistrate Judge:**

      The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this *pro se* case, brought pursuant to 42 U.S.C. § 405(g), for which the filing fee has been waived.

      Within 90 days of the date of this Order, the Commissioner must serve and file the Electronic Certified Administrative Record (e-CAR), which will constitute the Commissioner's answer, or otherwise move against the complaint.

      If the Commissioner wishes to file a motion for judgment on the pleadings, the Commissioner must do so within 60 days of the date on which the e-CAR was filed. The motion must contain a full recitation of the relevant facts and a full description of the underlying administrative proceeding.

      The plaintiff must file an answering brief within 60 days of the filing of the Commissioner's motion. The Commissioner may file a reply within 21 days thereafter.

      Memoranda in support of or in opposition to any dispositive motion may not exceed 25 pages in length; reply memoranda may not exceed ten pages in length. A party seeking to

exceed these page limitations must apply to the Court for leave to do so, with copies to all counsel, no fewer than seven days before the date on which the memorandum is due.

Requests for extensions of the deadlines set by this scheduling order may be granted by the Court, but only if they are made in advance of the deadline and there is a good reason provided for the request. Such requests shall be submitted in accordance with the Individual Practices of Judge Netburn.

The *Pro Se* Office at the United States Courthouse, 500 Pearl Street, New York, NY ((212) 805-0175) may be of assistance to the Plaintiff in connection with court procedures. The Plaintiff is also encouraged to review the Court's manual "How to Appeal a Social Security/SSI Disability Case," available at http://nysd.uscourts.gov/file/forms/how-to-appeal-a-social-security-ssi-disability-case and at the *Pro Se* Office.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 21, 2020
         New York, New York